RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12, 29, 06

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| WEYERHAEUSER COMPANY | CIVIL ACTION NO. 06-0272 |
| VERSUS | JUDGE DONALD E. WALTER |
| A.D. HINTON, L.L.C., ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the foregoing Memorandum Ruling, **IT IS ORDERED** that the Motions for Summary Judgment filed on behalf of the Hinton defendants [Doc. #s 12 & 17], Paul M. Davis, III [Doc. #42] and the Desert Partners defendants [Doc. #44], be and are hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Cross-Motion for Summary Judgment filed on behalf of plaintiff, Weyerhaeuser Company [Doc. #51], be and is hereby **DENIED**, and that plaintiff's claims are hereby **DISMISSED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 29 day of December, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE