U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 0 1 2007

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
May 1, 2007

Charles R. Fulbruge III
Clerk

No. 07-30117

D.C. Docket No. 5:06-CV-272

WEYERHAEUSER CO

      Plaintiff - Appellant

v.

A D HINTON LLC; A L V LLC; ALBERT HUEY WILLIAMSON, JR; ALEX T HUNT, JR; ALICE CROW WILLIAMSON GREGORY; DESERT PARTNERS III LP; J KYLE JONES; PAUL M DAVIS, III; TARA LEE JONES; ET AL

      Defendants - Appellees

Appeal from the United States District Court for the
Western District of Louisiana, Shreveport.

Before REAVLEY, GARZA, and DENNIS, Circuit Judges.

## J U D G M E N T

    This cause was considered on the record on appeal and was argued by counsel.

    It is ordered and adjudged that the judgment of the District Court is affirmed.

    IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.


ISSUED AS MANDATE: MAY 2 9 2007


A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: /s/ Krista Armstrong
      Deputy

New Orleans, Louisiana MAY 2 9 2007

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 1, 2007

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 07-30117

WEYERHAEUSER COMPANY,

                                               Plaintiff-Appellant,

versus

A.D. HINTON, L.L.C., et al.,

                                               Defendants-Appellees.

Appeal from the United States District Court
for the Western District of Louisiana
Civil Action No. 06-CV-272

Before REAVLEY, GARZA, AND DENNIS, Circuit Judges.

PER CURIAM:[*]

    Plaintiff-appellant Weyerhaeuser Company appeals from the district court's judgment granting the motions for summary judgment by defendants-appellees, denying Weyerhaeuser's cross-motion for summary judgment, and dismissing Weyerhaeuser's claims. After considering the written and oral arguments of the parties and the pertinent portions of the record compiled for this appeal, we affirm the judgment of the

---

[*]Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

district court for the reasons assigned in the district court's Memorandum Ruling.

**AFFIRMED.**

UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

BILL OF COSTS

Weyerhaeuser Company v. A.D. Hinton, LLC, et al., No. _____

**NOTE:** The Bill of Costs is due in this office within **14 days from the date of the opinion**, See FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

The Clerk is requested to tax the following costs against: Weyerhaeuser Company

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (if different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($450.00) | | | | | | | | |
| Appendix or Record Excerpts | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 13 | 47 | 0.25 | 152.75 | 13 | 47 | .25 | 152.75 |
| Appellant's Reply Brief | | | | | | | | |
| Other: | | | | | | | | |

Total $ 152.75

Costs are taxed in the amount of $ 152.75

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
JUN 01 2007
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

U.S. COURT OF APPEALS
FILED
MAY 11 2007
CHARLES R. FULBRUGE III
CLERK

U.S. COURT OF APPEALS
MAY 11 2007
NEW ORLEANS, LA

Costs are hereby taxed in the amount of $ _152.75_ this _29th_ day of _May_ _2007_.

State of _Louisiana_
County of _Orleans_
Parish

By _[signature]_

CHARLES R. FULBRUGE III, CLERK

Deputy Clerk

I, _Kelly B. Becker_, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This _11th_ day of _May_ _2007_.

_Kelly B. Becker_
(Signature)

Attorney for _the Desert Partners Defendants_

*SEE REVERSE SIDE FOR RULES
GOVERNING TAXATION OF COSTS

UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

# BILL OF COSTS

U.S. COURT OF APPEALS

**FILED**

MAY 0 8 2007

CHARLES R. FULBRUGE III
CLERK

NOTE: The Bill of Costs is due in this office within 14 days from the date of the opinion, See FED. R. APP. P. & 5TH CIR. R.39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

Weyerhaeuser Co. v. A.D. Hinton, L.L.C. et al. No. 07-30117

The Clerk is requested to tax the following costs against: Weyerhaeuser Co.

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($450.00) | | | | | | | | |
| Appendix or Record Excepts | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 11 | 55 | 0.25 | 151.25 | 11 | 55 | .25 | 151.25 |
| Appellant's Reply Brief | | | | | | | | |
| Other: motion to expedite | 6 | 14 | 0.25 | 21.00 | | | | |
| exhibits for same | 6 | 87 | 0.25 | 130.50 | | | | |
| | | | Total $ | 302.75 | | | | |

Costs are hereby taxed in the amount of $ 151.25 this 29th day of May, 2007.

Costs are taxed in the amount of $ 151.25

CHARLES R. FULBRUGE III, CLERK

By _____
Deputy Clerk

State of Louisiana
County of Orleans
Parish

I, C. Peck Hayne Jr., do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 8th day of May, 2007.

_C. P. Hayne_ (Signature)

Attorney for the Hinton Defendants

*SEE REVERSE SIDE FOR RULES GOVERNING TAXATION OF COSTS

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 0 1 2007

ROBERT H SHEMWELL, CLERK
BY_____ DEPUTY
SHREVEPORT

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 29, 2007

Mr Robert H Shemwell, Clerk
Western District of Louisiana, Shreveport
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101

      No. 07-30117 Weyerhaeuser Co v. A D Hinton LLC
      USDC No. 5:06-CV-272

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits to be returned.

The electronic copy of the record has been recycled.

Enclosed for the district court and counsel is the approved bill of costs.

                  Sincerely,

                  CHARLES R. FULBRUGE III, Clerk

      By: _____
             Krista S. Armstrong, Deputy Clerk
             504-310-7808

cc: (letter only)
    Honorable Donald E Walter
    Ms Nancy Scott Degan
    Mr Jonathan Andrew Hunter
    Mr Matthew Joseph Randazzo III
    Mr Edwin K Theus Jr

P.S. to Judge Walter: A copy of the opinion was sent to your office via email the day it was filed.